IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

BROADCAST MUSIC, INC.; JAY-BOY MUSIC CORP.;
RICK SPRINGFIELD MUSIC; WARNER-TAMERLANE
PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.;
NO SURRENDER MUSIC; CYANIDE PUBLISHING,

    Plaintiffs,

v.                                       Case Number: 24-cv-01432

SONNY'S PIZZERIA, LLC d/b/a SONNY'S
ITALIAN KITCHEN & PIZZERIA, AND
JASON ESTES

    Defendants.

## JOINT NON-DISPOSITIVE RULE 7(h) EXPEDITED MOTION
## TO FURTHER EXTEND RESPONSE DEADLINE

Defendants Sonny's Pizzeria, LLC dba Sonny's Italian Kitchen & Pizzeria and Jason Estes ("Defendants") were served with the Complaint (Dkt. 1) in this matter on November 18, 2024. Such service established an initial due date to answer or respond by December 9, 2024. Plaintiff Broadcast Music Inc. ("BMI") on behalf of itself and the other plaintiffs (together, "Plaintiffs") agreed to an extension of time to for Defendants to respond to the Complaint and the Court ordered such extension until January 8, 2025. (Dkt. 8.)

The undersigned counsel for Defendants and the undersigned counsel for Plaintiffs have been engaged in settlement discussions and have stipulated to a further 30-day extension of time for Defendants to answer or otherwise respond to the Complaint, up to and including February 7,

1

2025. This motion and underlying stipulation do not and are not intended to waive any rights, claims, or defenses of any party to this litigation.


Date:   January 8, 2025                              Respectfully submitted,


                                    By:     /s *Gabrielle L. Kiefer*
                                    William D. Schultz (MN#0323482)
                                    Gabrielle L. Kiefer (WI#1115670)

                                    MERCHANT & GOULD P.C.
                                    150 South Fifth Street, Suite 2200
                                    Minneapolis, MN 55402
                                    Email: WSchultz@merchantgould.com
                                    Email: GKiefer@MerchantGould.com
                                    Phone: (612) 336-4677
                                    Phone: (612) 371-5313

                                    Attorneys for Plaintiffs

                                    By:     s/ *Garet K. Galster*
                                    Garet K. Galster
                                    Melissa A Spindler
                                    Jordan A. Liff

                                    SMITH KEANE LLP
                                    515 W. North Shore Dr.
                                    Suite 200
                                    Hartland, WI  53029
                                    Telephone: 262.563.1438
                                    gkg@keaneip.com
                                    mas@keaneip.com
                                    jal@keaneip.com
                                    docketing@keaneip.com

                                    Attorneys for Defendants